| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Rovner, Ilana D | 2. Court or Organization<br><br>7th Circuit Court of Appeals | 3. Date of Report<br><br>5/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>United States Court of Appeals<br>219 S. Dearborn St.<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)
☐ NONE - (No reportable positions)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Trustees | ████████████████ |
| 2. | Member, Board of Overseers | ████████████████ |
| 3. | Member, Board of Directors | ████████████████ |
| 4. | Trustee | Trust |
| 5. | Guardian (pro bono) | |

## II. AGREEMENTS. (Reporting individual only, see pp. 14-16 of filing instructions)
☑ NONE - (No reportable agreements)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAY 16 P 3: 04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-34 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, Please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | ▓▓▓▓▓ Salary |
| 2. | 2004 | ▓▓▓▓▓ - Fees |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursement.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of St. Thomas | Minneapolis, MN - February 26 - teaching at the law school (meals, transportation, and one night's lodging for self and spouse) |
| 2. | Association of Women Lawyers | Milwaukee, WI - April 27 - speaker at meeting of professional organization (meals, transportation, one night's lodging) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Industrial Development Bank of Israel, Ltd. | A | Dividend | J | T | | | | | |
| 2. Fidelity Investment Acct #1 | | | | | | | | | |
| 3. -Fidelity Municipal MMF | A | Dividend | J | T | | | | | |
| 4. Merrill Lynch IRA Acct #1 | A | Dividend | K | T | | | | | |
| 5. -ML Bank USA Res | | | | | Transfer | var | J | | Transfer from ML Ret Reserve |
| 6. -ML Retirement Reserves | | | | | Transfer | var | J | | Transfer to ML Bank USA Res |
| 7. -Eaton Vance Tax Advantage | | | | | | | | | |
| 8. Merrill Lynch IRA Acct #2 | A | Dividend | K | T | | | | | |
| 9. | A | Distribution | | | | | | | |
| 10. -ML Retirement Reserves | | | | | Transfer | var | K | | To ML Bank USA Rasp |
| 11. -Advent Claymore | | | | | | | | | |
| 12. -ML Bank USA Rasp | | | | | Transfer | var | K | | From ML Retirement |
| 13. Investment Club | C | Dividend | N | T | | | | | |
| 14. | A | Interest | | | | | | | |
| 15. -General Electric Common Stock | | | | | | | | | |
| 16. -Pfizer Inc. Common Stock | | | | | Sell | 11/26 | J | | |
| 17. | | | | | Buy | 3/25 | J | | |
| 18. -Royal Dutch Petroleum Common Stock | | | | | | | | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -Cisco Systems Common Stock | | | | | Sell | 1/29 | J | D | |
| 20. -Amgen Inc. CS | | | | | | | | | |
| 21. -Tyco Intl Ltd New CS | | | | | Sell | 10/27 | K | | |
| 22. -Northern Trust Corp. Common Stock | | | | | Sell | 10/27 | J | | |
| 23. -Bank One Acct | | | | | | | | | |
| 24. -One Group Prime MMF | | | | | | | | | |
| 25. -Kemet Corp Common Stock | | | | | Sell | 2/26 | J | | |
| 26. -Conoco Phillips | | | | | | | | | |
| 27. -Chevron Texaco Corp. CS | | | | | | | | | |
| 28. -Devon Energy Corp. New CS | | | | | Sell | 5/27 | J | B | |
| 29. -Best Buy Company Inc. | | | | | | | | | |
| 30. -Microsoft Corp. | | | | | Sell | 4/30 | J | A | |
| 31. -Charter One Finl Inc. | | | | | Sell | 9/1 | K | D | |
| 32. -Alltel Corp. | | | | | | | | | |
| 33. -Aetna Inc. Common Stock | | | | | Sell | 10/27 | K | D | |
| 34. -Washington Mutual Inc. | | | | | Sell | 1/29 | J | B | |
| 35. -OMI Corp New | | | | | Sell part | 6/23 | J | C | |
| 36. -Macromedia Inc. | | | | | Sell | 10/27 | J | C | |

| 1. Income/Gain Codes | A =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | E =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000 | |
| (See Columns C1 and D3) | N =$250,000-$500,000 | O =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | |
| | P3 =$25,000,001-$50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash/Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.   -North Fork Bancorp Inc. | | | | | | | | | |
| 38.   -Lear Corp. Common Stock | | | | | Sell | 10/4 | J | | |
| 39.   -AK Stl Hldg Corp CS | | | | | Buy | 11/26 | J | | |
| 40.   -BJS Wholesale Club Inc. CS | | | | | Buy | 6/23 | J | | |
| 41.   -Chicago Bridge & Iron Co | | | | | Buy | 4/30 | J | | |
| 42.   -Christopher & Banks Corp CS | | | | | Buy | 1/29 | J | | |
| 43. | | | | | Sell | 4/30 | J | | |
| 44.   -Countrywide Cr Inds Inc.CS | | | | | Buy | 4/30 | J | | |
| 45.   -Dynegy Inc. New | | | | | Buy | 10/4 | J | | |
| 46. | | | | | Buy | 11/26 | J | | |
| 47.   -Intel Corp CS | | | | | Buy | 9/3 | J | | |
| 48.   -Interdigital Communications Corp. | | | | | Buy | 6/23 | J | | |
| 49.   -IBM Corp Common Stock | | | | | Buy | 10/27 | K | | |
| 50.   -Sirius Satellite Radio Inc. CS | | | | | Buy | 2/26 | K | | |
| 51. | | | | | Buy | 11/26 | J | | |
| 52. | | | | | Sell part | 3/25 | J | | |
| 53. | | | | | Sell | 6/23 | J | | |
| 54.   -Wrigley WM JR Co CS | | | | | Buy | 11/26 | J | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$6,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$6,000,000; H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000

3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -XM Satellite Radio Hlds Inc. | | | | | Buy | 3/25 | J | | |
| 56. Fidelity IRA Acct#1 | A | Dividend | J | T | | | | | |
| 57. -Spartan 500 Index | | | | | Buy | 4/12 | J | | |
| 58. -Fidelity Select Electronics | | | | | Sell | 4/12 | J | A | |
| 59. Fidelity IRA Acct #2 | A | Dividend | K | T | | | | | |
| 60. -Spartan 500 Index | | | | | | | | | |
| 61. Vanguard IRA Acct#1 | A | Dividend | J | T | | | | | |
| 62. -VMMR Federal Portfolio | | | | | | | | | |
| 63. Amalgamated Bank Acct | | None | J | T | | | | | |
| 64. Fidelity IRA Acct #3 | A | Dividend | J | T | | | | | |
| 65. -Fidelity Cash Reserves | | | | | | | | | |
| 66. -Fidelity Low Priced Stock | | | | | Sell | 8/11 | J | B | |
| 67. -Fidelity High Income | | | | | Buy | 8/11 | J | | |
| 68. | | | | | Sell | 11/8 | J | A | |
| 69. -Spartan 500 Index | | | | | Buy | 11/8 | J | | |
| 70. Vanguard IRA Acct#2 | A | Dividend | K | T | | | | | |
| 71. | A | Distribution | | | | | | | |
| 72. -VSP Energy | | | | | | | | | |

1. Income/Gain Codes: A =$1,000 or less  B =$1,001-$2,500  C =$2,901-$5,000  D =$5,001-$15,000  E =$15,001-$50,000
   (See Columns B1 and D4)  F =$50,001-$100,000  G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 =More than $6,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001-$50,000  L =$50,001-$100,000  M =$100,001-$250,000
   (See Columns C1 and D3)  N =$250,000-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000
   P3 =$25,000,061-$50,000,000  P4 =$More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash/Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS   -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. State of Israel Bonds | A | Interest | J | T | Redeem part | 5/1 | J | A | |
| 74. | | | | | Transfer | 5/1 | J | | To Trust |
| 75. Bank One Accounts | A | Interest | J | T | -- | | | | |
| 76. Retirement Acct. | A | Interest | J | T | | | | | |
| 77. -Teachers Ins & Ann Assn | | | | | | | | | |
| 78. -Coll Retrmt Equ Fd | | | | | | | | | |
| 79. Merrill Lynch Brokerage Acct #1 | | | | | | | | | |
| 80. -Charter Communications Inc. | | | | | Transfer | 1/2 | J | | To Merrill Lynch Br #2 |
| 81. Salomon Smith Barney Brokerage Acct. | | | | | | | | | |
| 82. -SBMF Govt Portfolio Cl A | | | | | Sell | 12/31 | J | | |
| 83. Schwab IRA Acct | D | Dividend | O | T | | | | | |
| 84. | E | Distribution | | | | | | | |
| 85. -Cash & Sweep MMP | | | | | | | | | |
| 86. -American Century Target 2015 Fd | | | | | Sell | 11/8 | J | A | |
| 87. -Prologis Trust Reit | | | | | Part sell | 4/28 | K | C | |
| 88. -United Tech Corp CS | | | | | Sell | 2/23 | J | B | |
| 89. -Royal Dutch | | | | | Sell | 3/23 | K | | |
| 90. -Alliance Res Partners LP | | | | | Buy | var | J | | |

1. Income/Gain Codes       A. = $2,000 or less       B = $2,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes             J = $15,000 or less     K = $15,001-$50,000       L = $50,001-$100,000         M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                           P3 = $25,000,001-$50,000,000                      P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal           S = Cost (Real Estate Only)   S = Assessment          T = Cash/Market
(See Column C2)            U = Book Value          V = Other                 W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (excluding trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. -XM Satellite Radio Holdings | | | | | | | | | |
| 92. -Tocqueville Gold Fund | | | | | Sell | 2/17 | K | | |
| 93. -Aetna Inc New | | | | | Sell | 10/22 | K | D | |
| 94. -Allegheny Energy Inc. | | | | | Sell | 1/12 | J | C | |
| 95. -Alpine U.S. Real Est. Eq. Fd | | | | | Sell | 1/6 | K | | |
| 96. -Cardinal Health Inc. | | | | | Sell | var | K | A | |
| 97. -Envoy Commun. Grp Inc. F | | | | | Sell | 11/8 | J | | |
| 98. -Fidelity Cap and Inc Fund | | | | | Sell | 11/5 | J | B | |
| 99. -Fidelity Select Electr. | | | | | Sell | 2/9 | K | B | |
| 100. -Firsthand Tech Ldrs Fd | | | | | Sell | 2/17 | K | B | |
| 101. -Flaherty & Crumrine Clay Pfd Sec Inc | | | | | Sell | 11/10 | J | A | |
| 102. -Japan Fund Class S | | | | | Sell | 1/8. | K | C | |
| 103. -Kninkljke Ahold New ADRP | | | | | Sell | 11/8 | J | A | |
| 104. -Loomis Sayles Bond Cl 1 | | | | | Sell | 11/8 | J | A | |
| 105. -Provident Energy Trust | | | | | | | | | |
| 106. -Rite Aid Corp. | | | | | Sell | 11/5 | J | | |
| 107. -RS Partners Fund | | | | | Sell | var | L | D | |
| 108. -Sirius Satellite Radio | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns D1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. –True Religion Apparel | | | | | | | | | |
| 110. –Vanguard 500 Index Fund | | | | | Buy | var | K | | |
| 111. –Vanguard 500 Index Fund | | | | | Sell part | 5/10 | K | B | |
| 112. –Vanguard Cap Oppy Fund | | | | | Sell part | 5/10 | K | B | |
| 113. | | | | | Buy | 12/29 | J | | |
| 114. –Vanguard Short Term Investmt Grade Fd | | | | | Buy | 7/29 | J | | |
| 115. | | | | | Buy | var | J | | |
| 116. –AES Corp | | | | | Buy | 3/23 | K | | |
| 117. –Abercrombie & Fitch Cl A | | | | | Buy | 3/19 | K | | |
| 118. –Bulldog Technologies Inc. | | | | | Buy | 10/27 | J | | |
| 119. –Fidelis Energy Inc. | | | | | Buy | 11/30 | J | | |
| 120. –Las Vegas Sands Corp. | | | | | Buy | 12/14 | J | | |
| 121. –Micromet Corp. | | | | | Buy | 11/11 | K | | |
| 122. –Sinovac Biotech Ltd | | | | | Buy | 10/25 | J | | |
| 123. –Varian Medical Systems | | | | | Buy | 7/26 | K | | |
| 124. –Williams Companies | | | | | Buy | 12/2 | K | | |
| 125. –TRowe Price New Era | | | | | Buy | 2/17 | K | | |
| 126. | | | | | Sell part | 4/29 | J | | |

1. Income/Gain Codes (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. -Vanguard Energy Fund | | | | | Buy | 2/17 | K | | |
| 128. -Vanguard Precious Metals Fund | | | | | Buy | 9/27 | K | | |
| 129. -Vanguard Small Cap Growth Index Fd | | | | | Buy | 11/5 | K | | |
| 130. -Vanguard Wellesley Income Fd | | | | | Buy | 7/29 | K | | |
| 131. -Diamonds Trust Ser 1 | | | | | Buy | 11/5 | K | | |
| 132. -Ishares Russell 1000 Val Index Fd | | | | | Buy | 11/9 | K | | |
| 133. -Nasdaq ■■shares | | | | | Buy | 11/5 | K | | |
| 134. -Streetracks Gold Trust | | | | | Buy | 11/18 | J | | |
| 135. -Oil Service Holders Tr | | | | | Buy | 3/5 | K | | |
| 136. | | | | | Sell | 4/5 | K | | |
| 137. -Baron Oppty Fund | | | | | Buy | 1/7 | K | | |
| 138. | | | | | Sell part | 5/19 | K | A | |
| 139. | | | | | Sell | 8/9 | J | | |
| 140. -Devon Energy New | | | | | Buy | 3/9 | K | | |
| 141. | | | | | Sell | 9/1 | K | C | |
| 142. -Vanguard GNMA Fund | | | | | Buy | var | J | | |
| 143. | | | | | Sell | 11/5 | J | A | |
| 144. -Apex Mining Corp | | | | | Buy | 4/29 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transaction during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. | | | | | Sell | 11/8 | J | | |
| 146. -Fellows Energy Ltd | | | | | Buy | 2/23 | J | | |
| 147. | | | | | Sell | 11/8 | J | | |
| 148. -Tissera Inc. | | | | | Buy | 4/6 | K | | |
| 149. | | | | | Sell | 11/10 | J | | |
| 150. -Berkshire Hathaway Cl B | | | | | Buy | 8/4 | K | | |
| 151. | | | | | Sell | 11/11 | K | | |
| 152. -Ishares TR DJ US Consumercyclical Sector | | | | | Buy | 11/9 | J | | |
| 153. | | | | | Sell | 11/30 | J | | |
| 154. -India Fund Inc. | | | | | Buy | 1/12 | K | | |
| 155. | | | | | Sell part | 1/20 | J | | |
| 156. | | | | | Sell part | 2/5 | K | | |
| 157. | | | | | Sell | 3/5 | J | | |
| 158. -Vanguard High Yield Corp Fund | | | | | Buy | 7/29 | J | | |
| 159. Schwab One Account | | | | | | | | | |
| 160. -Schwab Tax Exempt MMF | A | Dividend | J | T | | | | | |
| 161. -Vanguard 500 Index Fund | A | Dividend | J | T | Sell part | 4/19 | J | B | |
| 162. -Kninkljke Ahold New | | | | | Sell | var | J | B | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes: Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. -Diamonds Trust Ser 1 | A | Dividend | J | T | Buy | 11/9 | J | | |
| 164. | | | | | Sell part | 11/23 | J | A | |
| 165. Retirement (Fidelity) | C | Dividend | N | T | ... | | | | |
| 166. Retirement - Fidelity Northwestern University (X) | A | Dividend | J | T | | | | | |
| 167. Trust | E | Interest | P1 | T | | | | | |
| 168. | D | Dividend | | | | | | | |
| 169. | D | Distribution | | | | | | | |
| 170. | C | Royalty | | | | | | | |
| 171. -Wachovia Securities Brokerage Account | | | | | | | | | |
| 172. —Harrahs Entertainment Inc. Common Stock | | | | | | | | | |
| 173. —Plum Creek Timber Co. | | | | | | | | | |
| 174. —Grand Metropolitan Delaware | | | | | Redemption | 11/16 | K | E | |
| 175. —Pacific Gas & Electric Corp Bonds | | | | | Merger | 4/13 | K | B | |
| 176. —Franklin Custodian Funds Inc. US Govt Secs | | | | | | | | | |
| 177. —Command Money Fund | | | | | Transfer | var | N | | To Money Mkt Fund |
| 178. —Lucent Technologies Inc. CS | | | | | | | | | |
| 179. —AT&T Corp New CS | | | | | Merger | 10/27 | J | A | |
| 180. —Intel Corp. Common Stock | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    N = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. —Marriott Intl Inc. Common Stock | | | | | | | | | |
| 182. —Cadbury Schweppes Del LP | | | | | | | | | |
| 183. —Ball St Univ Rev Bonds | | | | | | | | | |
| 184. —Chicago IL Wastewater Tr Rev Bonds | | | | | Redemption | 9/15 | K | A | |
| 185. —Cook Cnty IL gen rev bonds | | | | | | | | | |
| 186. —Detroit MI City Schl Bonds | | | | | | | | | |
| 187. —Jackson Cnty MI Wastewater Disp Bonds | | | | | | | | | |
| 188. —Meridian MI Publ Schl Bonds | | | | | | | | | |
| 189. —South Redford MI Sch Bonds | | | | | | | | | |
| 190. —Wisconsin St Transn Bonds | | | | | | | | | |
| 191. —Avaya Inc. | | | | | | | | | |
| 192. —Hugoton Royalty Trust | | | | | | | | | |
| 193. —Allen Cnty IN comm bonds | | | | | | | | | |
| 194. —Kent County MI rev bonds | | | | | | | | | |
| 195. —Belding MI school bonds | | | | | | | | | |
| 196. —Zeeland MI pub school Bonds | | | | | | | | | |
| 197. —Chicago O'Hare Rev Bonds | | | | | | | | | |
| 198. —Agere Systems Inc. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000

3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. ---Alabama Power Pfd - ALPN | | | | | | | | | |
| 200. ---Bear Stearns Pfd | | | | | | | | | |
| 201. ---Citigroup Inc. Pfd | | | | | | | | | |
| 202. ---FNMA Pfd | | | | | Buy | 12/15 | K | | |
| 203. ---General Motors Acc Corp | | | | | | | | | |
| 204. ---Penguuth Energy Trust | | | | | | | | | |
| 205. ---Pimco Muni Income Fund | | | | | | | | | |
| 206. ---Pioneer Muni High Inc Trust | | | | | | | | | |
| 207. ---Alabama Power Co Pfd - ALPP | | | | | Buy | 10/12 | K | | |
| 208. ---Prologis Trust New Reit | | | | | Buy | 1/16 | J | | |
| 209. | | | | | Redeem part | 1/22 | J | B | |
| 210. ---Kinder Morgan Energy Ptrs LP | | | | | Buy | 12/15 | J | | |
| 211. ---Buckeye Partners LP | | | | | Buy | 12/21 | J | | |
| 212. ---Comcast Corp New (X) | | | | | | | | | |
| 213. ---Money Market Fund | | | | | Transfer | var | N | | From Command |
| 214. -State of Israel Bonds | A | Interest | J | T | Transfer | 5/1 | J | | Transfer In |
| 215. Fidelity Investment Acct #2 | | | | | | | | | |
| 216. -Aetna US Healthcare Inc Com | | None | | | Sell | 10/21. | K | D | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. -Bank of America Corp. | C | Dividend | L | T | | | | | |
| 218. -Envoy Communications Group Inc. | | None | | | Sell | 10/5 | J | | |
| 219. -First Oak Brook Bancshares Inc. Cl A | A | Dividend | K | T | | | | | |
| 220. -Mohawk Inds Inc. | | None | | | Sell | 1/12 | K | | |
| 221. -Newcami Mng Corp Hldg Co. | A | Dividend | K | T | | | | | |
| 222. | | | | | Sell part | 2/17 | K | | |
| 223. -RS Partners | | None | | | Sell | 8/3 | K | B | |
| 224. -Tocqueville Gold Fund | | None | | | Sell | 2/23 | K | | |
| 225. -Fidelity Japan Smaller Companies | | None | | | Sell | 1/8 | K | A | |
| 226. -Spartan 500 Index | A | Dividend | K | T | | | | | |
| 227. | | | | | Buy | 11/5 | K | | |
| 228. | | | | | Sell part | var | L | A | |
| 229. -Buffalo Small Cap Growth | A | Dividend | | | Sell | 5/17 | L | C | |
| 230. -Provident Energy Trust Canada | B | Dividend | K | T | Buy | var | K | | |
| 231. | A | Distribution | | | | | | | |
| 232. -Easton PA Area JT Sch Rev Bonds | B | Interest | K | T | | | | | |
| 233. -MN St Hsg Fin Agy Single Fam Mtg Rev Bds | B | Interest | K | T | | | | | *Part redeemed CY03 |
| 234. | | | | | Redeem part | 1/15 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D2) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. | | | | | Redeem part | 3/20 | J | | |
| 236. -Wisconsin St Health & Edl Facs Auth Rev Bds | C | Interest | L | T | | | | | |
| 237. -Ryland Group Inc. | | None | | | Sell | 1/6 | K | | |
| 238. -XM Satellite Radio | | None | K | T | | | | | |
| 239. -IL State Bonds | | None | L | T | | | | | |
| 240. -Fidelity Select Electronics | | None | | | Sell | 2/5 | K | A | |
| 241. Forthand Technology Leaders | | None | | | Sell | 2/17 | K | B | |
| 242. -The Contrarian Value Fd | | None | | | Sell | 5/17 | K | A | |
| 243. -AT&T Corp New | | None | | | Buy | 4/6 | K | | |
| 244. | | | | | Sell | 5/10 | K | | |
| 245. -Alabama Power Co Pfd APRDN | | None | K | T | Buy | 10/7 | K | | |
| 246. | | | | | Sell part | 12/31 | K | | |
| 247. -Alabama Power Co Pfd APRDP | | None | K | T | Buy | 12/2 | K | | |
| 248. Baron I Oppty | | None | | | Buy | 1/7 | K | | |
| 249. | | | | | Sell | 5/17 | K | | |
| 250. Spartan Total Market Index | A | Dividend | K | T | Buy | 11/5 | L | | |
| 251. | | | | | Sell part | 11/30 | K | A | |
| 252. -India Fd Inc. | | None | | | Buy | 1/12 | K | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $6,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. | | | | | Sell | 2/3 | K | | |
| 254. -Ishares Tr Cohen & Steers | A | Dividend | | | Buy | 3/8 | K | | |
| 255. | A | Distribution | | | | | | | |
| 256. | | | | | Sell | 5/10 | K | | |
| 257. -Nuveen Insd Quality Muni Fd | A | Distribution | K | T | Buy | 10/27 | K | | |
| 258. | A | Dividend | | | | | | | |
| 259. | | | | | Sell part | 11/30 | J | | |
| 260. | | | | | ell part | 12/27 | K | | |
| 261. -Oil Svc Holders Tr | A | Dividend | | | Buy | 3/5 | K | | |
| 262. | | | | | Sell part | 3/30 | K | | |
| 263. | | | | | Sell | 4/6 | J | | |
| 264. -Swiss Helvetia Fund Inc. | | None | | | Buy | 1/12 | K | | |
| 265. | | | | | Sell | 4/6 | K | | |
| 266. -Tissera Inc. | | None | | | Buy | 4/8 | J | | |
| 267. | | | | | Sell | 10/5 | J | | |
| 268. -General Electric Co | A | Dividend | K | T | Buy | var | K | | |
| 269. -Sirius Satellite Radio Inc. | | None | J | T | Buy | var | J | | |
| 270. -Southern Union Co New | | None | K | T | Buy | 12/7 | K | | |

1. Income/Gain Codes: A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
(See Columns B1 and D4)   F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   N =$100,001-$250,000
(See Columns C1 and D3)   N =$250,000-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000   P4 =$More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash/Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rovner, Ilana D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. -Varian Medical Sys Inc. | | None | K | T | Buy | var | K | | |
| 272. -Fidelity Canada | A | Dividend | K | T | Buy | var | K | | |
| 273. -Spartan Extended Market Index | A | Dividend | K | T | Buy | var | K | | |
| 274. -T Rowe Price Latin America Fund | | None | K | T | Buy | 12/21 | K | | |
| 275. -T Rowe Price New Era | A | Dividend | K | T | Buy | var | K | | |
| 276. | A | Distribution | | | | | | | |
| 277. -Vanguard Energy | A | Dividend | K | T | Buy | var | K | | |
| 278. | A | Distribution | | | | | | | |
| 279. -Oppenheimer Int'l Bond Cl B | A | Dividend | | | Buy | var | K | | |
| 280. | | | | | Sell | 5/17 | K | | |
| 281. -Pioneer High Yield Cl B | A | Dividend | | | Buy | var | J | | |
| 282. | A | Distribution | | | | | | | |
| 283. | | | | | Sell | 12/20 | J | | |
| 284. -Core Account - Cash | A | Interest | K | T | | | | | |
| 285. Merrill Lynch Brokerage Acct #2 | | | | | | | | | |
| 286. -F&C Claymore Pfd Secs Inc Fd | A | Dividend | J | T | | | | | •Sell part CY03 |
| 287. -Citigroup Inc. | A | Dividend | J | T | | | | | |
| 288. -Ford Motor Co New | A | Dividend | | | Sell | 10/25 | J | | |

1. Income/Gain Codes   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $6,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. –Pimco Corp Inc Fund | A | Dividend | J | T | | | | | |
| 290. | A | Distribution | | | | | | | |
| 291. –Debt Strategy Fund Inc. | A | Dividend | J | T | | | | | |
| 292. –Eaton Vance Ltd Dur Inc Fd | A | Dividend | | | Sell | 2/2 | L | | |
| 293. –Pfizer Inc Del PV $0.05 | A | Dividend | J | T | | | | | |
| 294. –St Paul Travelers Cos Crp | A | Dividend | J | T | | | | | |
| 295. | A | Distribution | | | | | | | |
| 296. –Vistcon Corp Delaware | A | Dividend | J | T | | | | | |
| 297. –INO Principal Protection Fd | B | Dividend | L | T | | | | | |
| 298. –ML Ready Asset Trust | A | Dividend | J | T | | | | | |
| 299. –Muniholdings Insd Fd Inc | B | Dividend | | | Sell | 10/25 | K | | |
| 300. –Charter Communications Inc | | None | J | T | Transfer | 1/2 | J | | From ML Brok Acct #1 |
| 301. –John Hancock Tax Adv Inc Fd | A | Dividend | J | T | Buy | var | K | | |
| 302. | | | | | Sell part | 10/25 | K | | |
| 303. –Reaves Utility Income Fd | A | Dividend | J | T | Buy | var | K | | |
| 304. | | | | | Sell part | 10/25 | K | | |
| 305. –Eaton Vance Enhncd Equity Fd | A | Dividend | L | T | Buy | 6/1 | L | | |
| 306. Sun Life Financial | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | ████████ | Partial Honorary Membership | $1,800 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 5/15/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part V. ███████████████████████████████████████████████████████████████████████████ Regular dues are currently $210 per month. Judges pay $60 per month, and pay for meals and services on the same basis as members.

Part VII; line 13. The Investment Club consists of 20 members. The values given in this report are aggregate values for the entire club, as required by the instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  5-13-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544